1  GRAHAM GALLOWAY
   Nevada State Bar No. 221
2  GALLOWAY & JENSEN
   222 California Ave.
3  Reno, NV 89509
   (775) 333-7555
4  Attorneys for Plaintiff

5

## UNITED STATES DISTRICT COURT

6

## DISTRICT OF NEVADA

7

| | |
|---|---|
| RUPA BRADLEY, | CASE NO.   3:13-cv-00054-MMD-WGC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR** |
| | **DISMISSAL WITH PREJUDICE** |
| JASON A. SMITH, KNIGHT TRANSPORTATION, INC., ROE CORPORATIONS I-X, and DOES I-X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

DATED this 10th day of July, 2013.         DATED this 11th day of July, 2013.

GALLOWAY & JENSEN                            BURNHAM BROWN


By: /s/Graham Galloway                       By: /s/ Lynn V. Rivera
    GRAHAM GALLOWAY, ESQ.                        LYNN V. RIVERA, ESQ.
    222 California Avenue                        1901 Harrison Street, 14th Floor
    Reno, Nevada 89509                           Oakland, California 94612
    Attorneys for Plaintiff                      Attorneys for Defendant

**GALLOWAY**
**& JENSEN**
222 California Ave
Reno, NV 89509
(775) 333-7555

1

1  IT IS SO ORDERED this ___11th___ day of ___July_____, _2013_.

UNITED STATES DISTRICT JUDGE

GALLOWAY
& JENSEN
222 California Ave
Reno, NV 89509
(775) 333-7555

2